RECEIVED
JUL 3 1 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| LORI A. SAVOIE | * | CIVIL ACTION NO. 13-0427 |
| VERSUS | * | JUDGE DOHERTY |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Defendant's Motion to Dismiss or Alternatively, Motion for Summary Judgment [rec. doc. 9], is **GRANTED**, and that plaintiff's claims are **DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana, this 31 day of July, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE